No. 03–10883. NORIEGA-ZAMORA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10885. McDONALD v. ARMSTRONG, SUPERINTENDENT, WILDWOOD CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 03–10886. LANG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10887. LINDER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10889. BIGGS v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10890. RAHEMAN-FAZAL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–10892. SMITH v. McADORY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–10893. JONES v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–10894. DAVIS v. ROBINSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10895. FITZPATRICK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10896. GILLIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10898. FREEMAN v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 03–10899. FOREST v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10901. THIVEL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.